SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
DEONDRE RAGLIN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONDRE RAGLIN,<br><br>                  Plaintiff,<br><br>          vs.<br><br>MV SAILOR CORP.; and DOES 1 to 10,<br><br>                  Defendants. | **Case No.: 2:22-cv-03724-MEMF (JEMx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

   **PLEASE TAKE NOTICE** that DEONDRE RAGLIN

 ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby

voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil

Procedure Rule 41(a)(1) which provides in relevant part:

   (a) **Voluntary Dismissal.**

      (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66

            and any applicable federal statute, the plaintiff may dismiss an action

            without a court order by filing:

            (i)   A notice of dismissal before the opposing party serves either an

                  answer or a motion for summary judgment.

---

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: July 6, 2023                    SO. CAL. EQUAL ACCESS GROUP


By:    /s/  Jason J. Kim
       Jason J. Kim, Esq.
       Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**